

*Attorneys at Law*
45 BROADWAY, SUITE 620, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

February 10, 2020

**Via ECF:**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    **Ikida Searcy v. City of New York, et al., 19 Civ. 9082 (JMF)**

Your Honor:

      This office represents Plaintiff in the above referenced matter. Plaintiff writes to respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for March 3, 2020 at 3:00pm. Defendants consent to this request. This is Plaintiff's first request to adjourn the Initial Pretrial Conference. The parties have conferred and are available on March 17 or 19, 2020, or at other dates and times convenient to the Court following March 19, 2020. The reason for the adjournment request is that the undersigned will be out of the country for a planned vacation on March 3, 2020.

      Accordingly, Plaintiff respectfully requests that the Court adjourn the Initial Pretrial Conference from March 3, 2020 to March 17 or 19, 2020, or at other dates and times convenient to the Court following March 19, 2020. Plaintiff thanks the Court for its time and attention to the herein matters.

Respectfully,
PHILLIPS & ASSOCIATES

/s/
Joshua M. Friedman, Esq.
Phillips & Associates, PLLC
45 Broadway, Suite 620
New York, NY 10006
(212) 248-7431
jfriedman@tpglaws.com

Application GRANTED. The initial pretrial conference currently scheduled for March 3, 2020, is hereby RESCHEDULED to **March 17, 2020, at 3:00 p.m**. The Clerk of Court is directed to terminate ECF No. 17. SO ORDERED.

February 11, 2020

Cc (via ECF):

The New York City Law Department
c/o Samantha Turetsky
100 Church Street
New York, NY 10007
sturetsk@law.nyc.gov